# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONTOUR DATA SOLUTIONS LLC | : |
| | : Civil Action No. 2:20-cv-03241-CJR |
| Plaintiff, | : |
| v. | : |
| GRIDFORCE ENERGY MANAGEMENT LLC, NORTH AMERICAN ENERGY SERVICES CORP., JOHN AND JANE DOES 1-5, and ABC COS. 1-5 | : |
| Defendants. | : |

## STIPULATED ORDER TO AMEND CAPTION AND CHANGE NAME OF ONE DEFENDANT

Pursuant to stipulation of the Parties:

IT IS HEREBY ORDERED that the caption in the above-identified case shall be amended to identify the Defendant North American Energy Services Corporation as "NAES Corporation," and that the identification of "North American Energy Services Corporation" in the initial paragraph of the Verified Complaint filed on July 1, 2020 should instead refer to "NAES Corporation."

IT IS SO ORDERED.

_____
Honorable Cynthia J. Rufe, U.S. District Court Judge

STIPULATED AND AGREED TO this 24th day of July, 2020:

| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP | FINEMAN KREKSTEIN & HARRIS, P.C. |
| By: /s/ M. Kelly Tillery | By: /s/ Andrew A. Chirls |
| M. Kelly Tillery (PA Attorney I.D. 30380) | Andrew A. Chirls (P.A. Attorney I.D. 35422) |
| 3000 Two Logan Square | Ten Penn Center |
| Eighteenth and Arch Streets | 1801 Market Street, Suite 1100 |

Philadelphia, PA 19103-2799
(215) 981-4401
kelly.tillery@troutman.com

*Attorney for Plaintiff, Contour Data Solutions LLC*

Philadelphia, PA 19103-2799
(215) 893-8715
achirls@finemanlawfirm.com

*Attorney for Defendants, NAES Corp. and GridForce Energy Management LLC*