# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONTOUR DATA SOLUTIONS LLC,**<br>Plaintiff,<br>v.<br>**GRIDFORCE ENERGY MANAGEMENT, LLC, et al.,**<br>Defendants. | CIVIL ACTION NO. 20-3241 |

## AMENDED SCHEDULING ORDER

**AND NOW,** this 29th day of June 2021, after review of the Special Master's Report and Recommendation #3 [Doc. No. 141], to which no objections were entered, the Court hereby **ORDERS** that the Third Report and Recommendation is **APPROVED** and **ADOPTED** and the Court enters the following Amended Scheduling Order to govern further proceedings in this case:

1. Fact discovery shall be completed on or before **September 17, 2021.**

2. Plaintiff's expert reports, if any, shall be served on Defendant on or before **October 15, 2021.**

3. Defendant's responsive reports, if any, shall be completed and served on Plaintiff on or before **November 19, 2021**.

4. Expert discovery shall be completed on or before **December 17, 2021.**

5. All dispositive motions shall be filed on or before **January 28, 2022**. Judge Rufe's Policies and Procedures for Summary Judgment will **not** apply in this case and the parties should instead follow Federal Rule of Civil Procedure 56.

6. All responses to dispositive motions shall be filed on or before **February 18, 2022.**

7. All replies to dispositive motions shall be filed on or before **March 4, 2022**.

8. All sur-replies to dispositive motions shall be filed on or before **March 11, 2022**.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**