# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONTOUR DATA SOLUTIONS LLC** <br> **Plaintiff,** <br> v. <br> **GRIDFORCE ENERGY MANAGEMENT LLC,** *et al.* <br> **Defendants.** | **CIVIL ACTION NO. 20-3241** |

## SUPPLEMENTAL SCHEDULING ORDER

**AND NOW,** this 16th day of December 2021, upon consideration of the attached letter from Defendants CDW Corporation and CDW Direct, LLC (together, "CDW") requesting an extension of the deadline for CDW to file an answer to Plaintiff's Amended Complaint [Doc. No. 185], and noting Plaintiff's consent to such an extension, it is hereby **ORDERED** that CDW's answer shall be filed by or before December 22, 2021.

It is so **ORDERED.**

                                                                  **BY THE COURT:**

                                                                  **/s/ Cynthia M. Rufe**

                                                                  **CYNTHIA M. RUFE, J.**



VedderPrice

Chicago
New York
Washington, DC
London
San Francisco
Los Angeles
Singapore
Dallas
vedderprice.com

December 15, 2021

Thomas P. Cimino, Jr.
Shareholder
+1 312 609 7784
tcimino@vedderprice.com

**VIA E-MAIL**

The Honorable Cynthia M. Rufe
United States District Judge
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

***Re: Contour Data Solutions LLC v. Gridforce Energy Management LLC, et al.***
***Case No. 2:20-cv-03241-CMR***

Dear Judge Rufe:

Pursuant to the Court's Policies and Procedures, we are writing on behalf of Defendants CDW Corporation and CDW Direct, LLC (collectively, "CDW") to request an extension of time of seven (7) days, until Wednesday, December 22, 2021, for CDW to file its answer to Plaintiff Contour Data Solutions LLC's ("Plaintiff") Second Amended Complaint (Docket No. 185). This requested extension of time is necessary due to scheduling issues with our client, CDW, and will not affect any other existing deadlines in this case. Counsel for Plaintiff has informed us that Plaintiff agrees to this requested extension of time.

Thank you for your attention to this matter.

Very truly yours,

Thomas P. Cimino, Jr.

Thomas P. Cimino, Jr.

TPC/bah
cc: All Counsel of Record (via e-mail)

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, and Vedder Price Pte. Ltd., which operates in Singapore.