**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

CONTOUR DATA SOLUTIONS LLC,

    Plaintiff,

    v.

GRIDFORCE ENERGY MANAGEMENT LLC,
NAES CORPORATION, CDW CORPORATION,
CDW DIRECT, LLC, JOHN AND JANE DOES
1-5, and ABC COS. 1-5,

    Defendants.

:
:
:
:
:
:

Civil Action No. 2:20-cv-03241-CMR

**STIPULATION TO AMEND SCHEDULING ORDER DEADLINES**

It is hereby stipulated by Plaintiff Contour Data Solutions LLC ("Contour") and Defendants Gridforce Energy Management, LLC ("Gridforce"), NAES Corporation ("NAES"), CDW Corporation and CDW Direct, LLC ("CDW") that:

1. On September 16, 2022, CDW filed its motion for summary judgment (Dkt. 248) and Gridforce and NAES filed their motion for summary judgment (Dkt. 255) (together "Defendants' Motions for Summary Judgment"). CDW also filed a Motion to Exclude the Opinions of James Joseph J.T. Thompson (Dkt. 250) and Gridforce and NAES filed a Motion to Exclude Bohn Opinions (Dkt. 253) (together "Defendants' Motions to Exclude").

2. On September 16, 2022, Contour filed its motion for summary judgment (Dkts. 256, 257).

3. Contour requests additional time to respond to Defendants' Motions for Summary Judgment and Defendants' Motions to Exclude because (i) it contends that the current briefing schedule does not provide time to respond to the motions to exclude, and (ii) Contour's counsel has conflicting professional commitments. Defendants do not oppose this request.

4. The parties therefore request that the briefing schedule (Dkt. 240) be amended as follows:

1

130272278

| Event | Dkt. No. 240 Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Responses to dispositive motions and Contour's responses to Defendants' Motions to Exclude | October 6, 2022 | October 21, 2022 |
| Replies to dispositive motions and Defendants' Motions to Exclude | October 26, 2022 | November 18, 2022 |
| Sur-replies to dispositive motions and Defendants' Motions to Exclude | November 11, 2022 | December 9, 2022 |

STIPULATED AND AGREED to this 22nd day of September, 2022.

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: *s/ M. Kelly Tillery*
    M. Kelly Tillery
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

*Attorney for Plaintiff Contour Data Solutions LLC*

VEDDER PRICE P.C.

By: *s/ Thomas P. Cimino*
    Thomas P. Cimino, Jr., *pro hac vice*
    Joshua J. Orewiler, *pro hac vice*
    Eric Hyla, *pro hac vice*
222 North LaSalle Street
Chicago, IL 60601

*Attorneys for Defendants CDW Corporation and CDW Direct, LLC*

**DAVIS WRIGHT TREMAINE LLP**

By: *s/ Benjamin J. Byer*
    Benjamin J. Byer, *pro hac vice*
    Mary H. Haas, *pro hac vice*
    Adam S. Sieff, *pro hac vice*
    Jennifer K. Chung, *pro hac vice*
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610

*Attorneys for Defendants Gridforce Energy Management LLC and NAES Corporation*

**SO ORDERED** and **APPROVED** this 26th day of September, 2022.

 */s/ Cynthia M. Rufe, J.*
Hon. Cynthia M. Rufe
United States District Judge

2

130272278