**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CONTOUR DATA SOLUTIONS LLC**<br>Plaintiff,<br>v.<br>**GRIDFORCE ENERGY MANAGEMENT LLC,** *et al.*<br>Defendants. | **CIVIL ACTION NO. 20-3241** |

## ORDER

**AND NOW,** this 23rd day of August 2024, upon consideration of Defendants' Motion to Exclude the Opinions of James Joseph J.T. Thompson [Doc. No. 342], Defendants' Motion to Exclude the Opinions of William Brian Bohn [Doc. No. 338], and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that both Motions are **GRANTED**. It is further **ORDERED** that Thompson and Bohn are excluded from testifying as expert witnesses at trial.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**