IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONTOUR DATA SOLUTIONS LLC**<br>**Plaintiff,**<br>v.<br>**GRIDFORCE ENERGY MANAGEMENT LLC,** *et al.*<br>**Defendants.** | CIVIL ACTION NO.  20-3241 |

# ORDER

**AND NOW,** this 28th day of August 2024, upon consideration of Contour and Gridforce's Motions to Seal and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Contour's Motion to Seal Certain Information and Exhibits [Doc. No. 337] and Contour's Second Motion to Seal Certain Information and Exhibits [Doc. No. 355] are **GRANTED in part and DENIED in part**.

2. Gridforce's First Motion to Seal [Doc. No. 340], Gridforce's Second Motion to Seal [Doc. No. 359], and Gridforce's Third Motion to Seal [Doc. No. 372] are **GRANTED.**

3. Gridforce Motion to Seal Response to Record Supplement [Doc. No. 394] is **DENIED**.

4. Within 14 days, Gridforce and Contour shall meet and confer to achieve the appropriate redactions and then re-file their Motions for Summary Judgment, Motions to Exclude, and responses, all in conformity with this Court's accompanying Memorandum Opinion. The Clerk of Court is **DIRECTED** not to administratively file these as new motions, as they have all been decided and ruled upon.

5. It is further **ORDERED** that the Clerk of Court is **DIRECTED** to strike CDW Corporation and CDW Direct, LLC's (together, "CDW") Motion for Summary Judgment and accompanying Declaration [Doc. Nos. 341, 349] and CDW's Response in Opposition to Contour's Motion for Summary Judgment and accompanying Declaration [Doc. Nos. 357, 360], as CDW Corporation and CDW Direct, LLC are no longer parties to this case. It is so **ORDERED.**

                **BY THE COURT:**

                /s/ **Cynthia M. Rufe**

                **CYNTHIA M. RUFE, J.**